BARCLAY v. THE STATE. YOUNG v. THE STATE.

BELL, Justice. On the substantial questions raised, these two cases are controlled by the rulings in *Watson* v. *State,* ante, 679.

*Judgments affirmed. All the Justices concur.*

Nos. 13832, 13833. SEPTEMBER 10, 1941.

*Mrs. Charles Camp* and *Maddox & Griffin,* for plaintiff in error. *H. L. Lanham, solicitor-general,* contra.

BUNN v. CITY OF ATLANTA.

ATKINSON, Presiding Justice. The Court of Appeals, and not the Supreme Court, has jurisdiction of a writ of error brought to review the ruling of the superior court in refusing to grant a certiorari which sought to set aside a conviction, in the recorder's court of the City of Atlanta, of violation of an ordinance of said city. This result is not altered by the fact that the only defense presented was an attack on the constitutionality of the ordinance. Constitution of Georgia, art. 6, sec. 2, par. 5 (Code, § 2-3005); *Thompson* v. *Atlanta,* 176 *Ga.* 489 (168 S. E. 312); *Stafford* v. *Valdosta,* 178 *Ga.* 224 (172 S. E. 461); *Hicks* v. *Dublin,* 183 *Ga.* 390 (188 S. E. 339); *Jewel Tea Co.* v. *Augusta,* 186 *Ga.* 145 (197 S. E. 235). See *Elliott* v. *Augusta,* 177 *Ga.* 680 (170 S. E. 787), and *Maner* v. *Dykes,* 183 *Ga.* 118 (187 S. E. 699), overruling *Forbes* v. *Savannah,* 160 *Ga.* 701 (2) (128 S. E. 806).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 13800. SEPTEMBER 11, 1941.

*A. T. Walden* and *Mitchell & Mitchell,* for plaintiff in error. *J. C. Savage, E. L. Sterne, J. C. Murphy,* and *F. A. Hooper Jr.,* contra.